## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| PAUL MCKENZIE, | : | No. 142 MM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| YORK COUNTY COMMON PLEAS | : | |
| JUDGE, GREGORY SNYDER, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of October, 2018, the Petition for Writ of Mandamus is DENIED.  The Prothonotary is DIRECTED to strike the name of the jurist from the caption.